Form 3A
(10/05)

# United States Bankruptcy Court

### District Of _____ Illinois _____

In re ___Derrick Howard___,
          Debtor

Case No. 08-25338

Chapter _13_

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1.  In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ _274_ in installments.

2.  I am unable to pay the filing fee except in installments.

3.  Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4.  I propose the following terms for the payment of the Filing Fee.*

    $ _68.50_    Check one ☐   With the filing of the petition, or
                             ☐   On or before _7-24-08_

    $ _68.50_   on or before _Oct 25_

    $ _68.50_   on or before _Nov 28_

    $ _68.60_   on or before _Dec 26_

    **F I L E D**
    UNITED STATES BANKRUPTCY COURT
    NORTHERN DISTRICT OF ILLINOIS
    SEP 24 2008
    KENNETH S. GARDNER, CLERK
    PS REP. - SJ

*   The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5.  I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____    _____
Signature of Attorney      Date

_Derrick Howard_
_____    _____
Signature of Debtor      Date
(In a joint case, both spouses must sign.)

_____
Name of Attorney

_____    _____
Signature of Joint Debtor (if any)      Date

Form 3A Contd.
(10/05)

# United States Bankruptcy Court

_____ District Of _____Illinois_____

In re *Derrick Howard*,          Case No. *08-25338*
        Debtor

                                                               Chapter _____*13*_____

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐     IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐     IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____ Check one ☐  With the filing of the petition, or
                                  ☐  On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐     IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

**SEP 2 4 2008**

Date: _____

**KENNETH S. GARDNER**
**Clerk, U.S. Bankruptcy Court**

_____
Kenneth S. Gardner, Clerk of the Court