IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Howard, Derrick

Printed: 02/17/09

Case Number: 08 B 25338
Judge: Goldgar, A. Benjamin
Filed: 9/24/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 6, 2009
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 2. | Chicago Municipal Employees CU | Unsecured | 714.98 | 0.00 |
| 3. | HSBC Taxpayer Financial Services | Unsecured | 4,566.88 | 0.00 |
| 4. | RoundUp Funding LLC | Unsecured | 436.00 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 3,952.00 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 1,034.02 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 559.67 | 0.00 |
| 8. | Chase Automotive Finance | Secured |  | No Claim Filed |
| 9. | Chase Automotive Finance | Unsecured |  | No Claim Filed |
| 10. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 11. | Illinois Tollway | Unsecured |  | No Claim Filed |
|  |  |  | $ 11,263.55 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---:|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Howard, Derrick

Printed: 02/17/09

Case Number: 08 B 25338
Judge: Goldgar, A. Benjamin
Filed: 9/24/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: